FILED

FEB 12 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:20cr44-MHT-SMD |
| | ) [18 U.S.C. § 656] |
| TIFFANY CULLIVER FRANKLIN | ) |
| | ) **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

From in or about June 2017 through on or about July 18, 2017, in Montgomery County, within the Middle District of Alabama, the defendant,

**TIFFANY CULLIVER FRANKLIN,**

being an employee of Branch Banking and Trust Company ("BB&T"), a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud BB&T, did embezzle, abstract, purloin, and willfully misapply approximately $202,000.00 of the moneys, funds, assets and securities intrusted to the custody and care of BB&T.

All in violation of Title 18, United States Code, Section 656.

1

A TRUE BILL:

_____
Foreperson

WILLIAM P. BARR
ATTORNEY GENERAL

RICHARD W. MOORE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF ALABAMA
By:

_____
Sinan Kalayoglu, Special Attorney
Assistant United States Attorney

_____
Sean P. Costello
Assistant United States Attorney
Chief, Criminal Division