**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-CR-00044-MHT-SMD |
| | ) | |
| TIFFANY CULLIVER FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDNANT'S MOTION IN LIMINE REGARDING HER THEFT OF
PROPERTY I CHARGE**

**COMES NOW** the defendant, TIFFANY CILLIVER FRANKLIN, by and through her attorney of record, Richard K. Keith, and hereby moves *in limine* for an order directing the United States to refrain from placing any statement, argument, or testimony before the jury concerning Ms. Franklin's Theft of Property I case that is pending sentencing in the Circuit Court of Montgomery County, Alabama.

In support of said motion, the Defendant states the following:

1. The Defendant is charged with embezzling $202,000 in cash from Branch Banking & Trust Company (BB&T) pursuant to Title 18 U.S.C. § 656. Her employment with the Bank was terminated on July 18, 2017.

2. The Defendant subsequently obtained employment as a bookkeeper at Goodwyn Middle School where she used her position to steal $13,216 between September 2017 and June 2018.

3. The Defendant pleaded guilty to Theft of Property I which is a Class B Felony. Her case is pending sentencing in the Montgomery County Circuit Court.

4. The Defendant expects the Government to try and use this incident for 404(b) purposes.

5. The Government intends to show that the Defendant has a propensity for stealing

money.

6. If the prosecution wants to admit 404(b) evidence, this Court's first step is to determine if the evidence is admissible under Rule 404(b), Fed. R. Evid. 404(b)(1).  The second step is for the Court to determine if the 404(b) evidence is admissible under Rule 403 with a weighing analysis between the evidence's probative value and the prejudice caused to the Defendant by its introduction.

7. The introduction of the Defendant's State Court Theft of Property I charge in the Government's case in chief would be extremely prejudicial to the Defendant.

**WHEREFORE**, the above premises considered, Ms. Franklin moves this Honorable Court to issue an order in limine prohibiting the Government from introducing any evidence regarding the specific nature of the Defendant's State Court Theft of Property charge.

**Respectfully** submitted this 24th day of September, 2020.

/s/Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
560 S. McDonough St., Ste. D
Montgomery, AL  36104-4605
Telephone: (334) 264-6776
Facsimile:  (334) 460-0473

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the proper parties.

/s/ Richard K. Keith
**OF COUNSEL**