IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:20cr44-MHT
                            )           (WO)
TIFFANY CULLIVER FRANKLIN   )
```

ORDER

This case is before the court on defendant Tiffany Culliver Franklin's unopposed motion to continue the December 7, 2020 trial (doc. no. 33). Defendant seeks a continuance because defense counsel is scheduled to handle another jury trial in an older case on the same date. Because the court would like to be more sure that the other trial is going forward before continuing this trial, the court will postpone deciding the motion to continue until early November.

Accordingly, it is ORDERED that a conference call is set for November 2, 2020, at 1:00 p.m. to discuss the motion to continue. The courtroom deputy shall arrange for the call.

DONE, this the 19th day of October, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE