IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-CR-00044-MHT-SMD |
| ) | |
| TIFFANY CULLIVER FRANKLIN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDNANT'S RESPONSE TO UNITED STATES' MOTION IN LIMINE**

**COMES NOW** the defendant, TIFFANY CILLIVER FRANKLIN, by and through her attorney of record, Richard K. Keith, making her objection to the United States' Motion *In Limine* (Doc. 47).

In support of said motion, the Defendant states the following:

1. The United States wants the Defendant to refrain from making any comment that the "written confession" (Exhibit 1) was obtained in violation of her constitutional rights.

2. The bank's "internal investigator" that obtained the "confession" (Joe Rowe) is deceased. The interview between Rowe and the Defendant was not recorded and there were no witnesses present. As a result, no one but the Defendant can testify to the circumstances leading up to the written statement.

3. The United States admits that the Defendant may advance other claims about Exhibit 1. Specifically, that Rowe coerced her into confessing to a crime she did not commit; that her written statement does not mean what it says; that she did not sign and adopt the statement; etc.

**WHEREFORE**, while the Defendant declines to divulge her defense theory to Exhibit 1, she does not intend to clam it was obtained in violation of her constitutional rights.

**Respectfully** submitted this 26th day of February, 2021.

/s/Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
560 S. McDonough St., Ste. D
Montgomery, AL  36104-4605
Telephone: (334) 264-6776
Facsimile:  (334) 460-0473

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the proper parties.

/s/ Richard K. Keith
**OF COUNSEL**