IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:20-cr-00044-MHT-SMD |
| | ) |
| TIFFANY CULLIVER FRANKLIN | ) |

### SUPPLEMENTAL STIPULATIONS OF PARTIES

The defendant and the United States agree to the following additional stipulations, which supplement the previous stipulations agreed to and filed by the parties (Doc. 50):

1. Wells Fargo was a federally insured bank between January 2012 and December 2014. Government Exhibit #7 is a true and correct copy of a business record made and kept in the ordinary course of business by the Federal Deposit Insurance Corporation ("FDIC") and is admissible in evidence. This record reflects that the deposits of Wells Fargo, including its branch located at 800 Madison Avenue, Montgomery, Alabama 36104, were insured by the FDIC to the maximum amount provided by the Federal Deposit Insurance Act for the period from January 1, 1934, through and including December 10, 2014.

2. Records from businesses and government entities, including the following businesses and entities, do not require a custodian or authorized person to establish the records' authenticity and are not excluded by the rule against hearsay:

    a. Synchrony Bank

    b. PNC Bank (formerly known as RBC Bank)

3. Government Exhibit #15 is a true and correct image of Walmart Community Card x4843 issued by Goodwyn Middle School. From in or about June 2017 to in or about May 2018, the x4843 account was owned by Synchrony Bank, which is located outside of Alabama. Use of

Walmart Community Card x4843 for an electronic transaction at any business in Alabama would transmit by wire some communication in interstate commerce.

Date: April 20, 2021

Sinan Kalayoglu, Special Attorney
Assistant United States Attorney

Date: 4-20-21

Richard K. Keith
Attorney for Defendant

Date: 4-20-21

Tiffany Culliver Franklin
Defendant