IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:20-cr-00044-LSC-SMD |
| | ) |
| TIFFANY CULLIVER FRANKLIN | ) |

## SECOND SUPPLEMENTAL STIPULATIONS OF PARTIES

The defendant and the United States agree to the following additional stipulations, which supplement the previous stipulations agreed to and filed by the parties (Docs. 50, 77):

1. Records from the following businesses and entities do not require a custodian or authorized person to establish the records' authenticity and are not excluded by the rule against hearsay:

   a. BBVA Compass

   b. Experian

   c. Equifax

   d. Navy Federal Credit Union

   e. Renasant Bank

   f. TransUnion

   g. Walmart/Sam's Club

The parties may object to the admission of records into evidence on other grounds, such as relevance.

Date: May 27, 2021

_____
Sinan Kalayoglu, Special Attorney
Assistant United States Attorney

1

Date: 5-28-21

*Richard K. Keith*
Richard K. Keith
Attorney for Defendant

Date: 5-28-21

*Tiffany Culliver Franklin*
Tiffany Culliver Franklin
Defendant