IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:20-cr-00044-LSC-SMD |
| | ) | |
| TIFFANY CULLIVER FRANKLIN | ) | |

**UNITED STATES' MOTION TO DISMISS COUNTS FOUR AND SEVEN IN SECOND SUPERSEDING INDICTMENT**

COMES NOW the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and pursuant to Federal Rule of Criminal Procedure 48(a), respectfully moves the Court for leave to dismiss Counts Four and Seven in the Second Superseding Indictment prior to trial set for June 7, 2021 in the above-captioned case. Doc. 71. The United States recently obtained discovery, which has been produced to defense counsel, that tends to negate the defendant's alleged criminal liability regarding Counts Four and Seven.

Accordingly, in the interests of justice, the United States moves to dismiss Counts Four and Seven of the Second Superseding Indictment prior to trial. All other counts in the Second Superseding Indictment remain unaffected by this motion. As such, the United States intends to proceed to trial as to Counts One, Two, Three, Five, Six, and Eight of the Second Superseding Indictment.

Dated June 1, 2021.

                                Respectfully submitted,

                                MERRICK B. GARLAND
                                ATTORNEY GENERAL

SEAN P. COSTELLO
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF ALABAMA

By: */s/ SINAN KALAYOGLU*
Sinan Kalayoglu, Special Attorney
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

By: */s/ JUSTIN ROLLER*
Justin Roller, Special Attorney
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for the defendant.

*/s/ SINAN KALAYOGLU*
Sinan Kalayoglu, Special Attorney
Assistant United States Attorney

*/s/ JUSTIN ROLLER*
Justin Roller, Special Attorney
Assistant United States Attorney

2