IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:20-00044-LSC-SMD |
| | ) |
| TIFFANY CULLIVER FRANKLIN | ) |

Verdict Form

**Count One**

We, the jury, unanimously find the Defendant, Tiffany Culliver Franklin:

____X____ Guilty

_____ Not Guilty

of the offense charged in Count One of the indictment, that is, theft or embezzlement by a bank employee, in violation Title 18, United States Code, Section 656.

**Count Two**

We, the jury, unanimously find the Defendant, Tiffany Culliver Franklin:

____X____ Guilty

_____ Not Guilty

of the offense charged in Count Two of the indictment, that is, bank fraud, in violation Title 18, United States Code, Section 1344(1).

**Count Three**

We, the jury, unanimously find the Defendant, Tiffany Culliver Franklin:

____X____ Guilty

_____ Not Guilty

of the offense charged in Count Three of the indictment, that is, bank fraud, in violation Title 18, United States Code, Section 1344(1).

**Count Five**

We, the jury, unanimously find the Defendant, Tiffany Culliver Franklin:

____X____ Guilty

_____ Not Guilty

of the offense charged in Count Five of the indictment, that is, wire fraud, in violation Title 18, United States Code, Section 1343.

**Count Six**

We, the jury, unanimously find the Defendant, Tiffany Culliver Franklin:

____X____ Guilty

_____ Not Guilty

of the offense charged in Count Six of the indictment, that is, wire fraud, in violation Title 18, United States Code, Section 1343.

**Count Eight**

We, the jury, unanimously find the Defendant, Tiffany Culliver Franklin:

__✗__ Guilty

_____ Not Guilty

of the offense charged in Count Eight of the indictment, that is, wire fraud, in violation Title 18, United States Code, Section 1343.

SO SAY WE ALL,

_____
FOREPERSON

FILED IN OPEN COURT THIS 8 DAY OF June, 2021.

DEBRA P. HACKETT, CLERK

By: _____
    DEPUTY CLERK