IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-CR-00044-LSC-SMD |
| ) | |
| **TIFFANY CULLIVER FRANKLIN,** ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DOWNWARD VARIANCE**

**COMES NOW**, the defendant, TIFFANY CULLIVER FRANKLIN, by and through undersigned counsel, Richard K. Keith, and for the reasons set forth in Defendant Franklin's Sentencing Memorandum, requests that the Court vary downward from the applicable guideline range.

**Respectfully submitted** this the 15th day of September, 2021.

/s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
560 S. McDonough St., Ste. D
Montgomery, AL  36104-4605
Telephone: (334) 264-6776
Facsimile:  (334) 460-0473
E-Mail:   rkk@rkeithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the proper parties.

/s/ Richard K. Keith
**OF COUNSEL**
